**Order entered January 28, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01185-CV

## PAMELA NESBIT, Appellant

### V.

## WELLS FARGO BANK, N.A., AS TRUSTEES, ET AL, Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-02580-D**

## ORDER

Before the Court is appellant's January 26, 2020 motion to extend time to file her jurisdictional letter brief. We **GRANT** the motion and **ORDER** the letter brief be filed no later than February 3, 2020.

Appellees' motion to dismiss remains pending.

/s/     KEN MOLBERG
          JUSTICE